FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 12 2014

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | NO. 4:14CR30 |
| LAQUITA LASHAN MATHIS | § § | Judge Schell |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Counts One - Five

Violation: 18 U.S.C. § 844(e)
(Explosive Materials/ Maliciously
Conveying False Information)

On or about the following dates, in the Eastern District of Texas, The defendant, **LaQuita Lashan Mathis**, did willfully through the use of a telephone maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made to kill and to injure and to unlawfully damage and destroy a building, by means of fire and an explosive, in or affecting interstate commerce, to wit:

| Count | Date | Approximate Time of Call | Mathis Phone Number | Collin College Phone Number |
|---|---|---|---|---|
| 1 | March 1, 2013 | 9:40 a.m. | 214-436-3574 | 972-881-5790 |
| 2 | April 12, 2013 | 10:25 a.m. | 214-436-3574 | 972-881-5790 |
| 3 | April 12, 2013 | 10:27 a.m. | 214-436-3574 | 972-548-6790 |

| 4 | April 12, 2013 | 10:28 a.m. | 214-436-3574 | 972-377-1790 |
| 5 | April 12, 2013 | 10:57 a.m. | 214-436-3574 | 972-881-5790 |

All in violation of 18 U.S.C. § 844(e).

A TRUE BILL

_Sw_
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_[signature]_                                   2-12-14
M. Andrew Stover                                Date
Assistant United States Attorney
Texas State Bar No. 19349300
101 East Park Boulevard, Suite 500
Plano, Texas   75074
Tel:  (972) 509-1201
Fax:  (972) 509-1209
andrew.stover@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | NO. 4:14CR |
| | § | Judge |
| LAQUITA LASHAN MATHIS | § | |

## NOTICE OF PENALTY

### Counts One- Five

Violation: 18 U.S.C. § 844(e)
(Explosive Materials/ Maliciously Conveying False Information)

Penalty: A fine of not more than $250,000.00 and/or imprisonment for not more than ten (10) years; and a period of supervised release of not more than three (3) years.

Special Assessment: $100